UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bank of America, N.A.,
    a national banking association,

    Plaintiff,

Case No. 17-cv-13068-DPH-RSW

vs.

M Rashid Holdings, LLC,
    a Michigan limited liability company,

and

Mashiyat Rashid, an individual,

    Defendants, jointly and severally.
_____

ORDER GRANTING MOTION OF SUMMARY JUDGMENT
AND ENTRY OF JUDGMENT IN FAVOR OF BANK OF AMERICA, N.A.

This matter having come before the Court upon stipulation of the parties to granting judgment in favor of the Plaintiff and against the Defendants, and the Court being otherwise fully advised in the premises;

The Court having considered the motion, brief, and affidavit of the Bank officer filed by the Bank and finds that there are no genuine disputes of material fact and that the movant is entitled to judgment as a matter of law, orders as follows:

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff Bank of America, N.A.'s motion for summary judgment is granted;

1

IT IS FURTHER ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Bank of America, N.A., and against the Defendants M Rashid Holdings, LLC and Mashiyat Rashid, jointly and severally, in the amount as of June 11, 2018, of $2,060,700.15, which includes principal in the amount of $1,940,868.12, accrued and unpaid interest of $9,846.44 and attorneys' fees of $109,985.59 as provided for by the parties in the subject Loan Agreement dated January 13, 2017. Interest continues to accrue from June 11, 2018 in the amount of $244.20 per diem. Plaintiff Bank of America, N.A. retains its mortgage rights on the real property at 2990 West Grand Boulevard, Detroit, Michigan, and to continue to recover pre and post-judgment collection attorney fees and costs as provided for in the loan documents.

IT IS SO ORDERED.

Dated: July 11, 2018                    s/Denise Page Hood
                                        U.S. DISTRICT COURT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2018, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager

THIS IS A FINAL ORDER.
Approved as to form
and substance:

Plunkett Cooney
/s/RASUL M. RAHEEM
By: Rasul M. Raheem (P37122)
Attorney for Plaintiff


/s/ Sara K. MacWilliams
MACWILLIAMS LAW PC
SARA K. MACWILLIAMS (P67805)
Attorney for Defendants

Open.23766.72254.20472078-1